# NETZERO Message Center

**From:** "AMY WEINHAUS" <AMY.WEINHAUS@EEOC.GOV>

**To:** <tambrown@netzero.com>

**Sent:** Wed, Apr 12, 2017 11:18 AM

**Subject:** Tamara Brown v. USDA EEOC Case No. 560-2017-00082X

Ms. Brown,

I am in receipt of your voice mail message on Monday, April 10, 2017, responding to my previous email and phone messages.

Per your request, this office will issue a Notice and Order to the Agency in which they will be ordered to provide you with the Final Agency Decision (FAD) you are requesting, accompanied by all appropriate appellate rights, including the right to appeal the FAD to the EEOC's Office of Federal Operations.

Please do not hesitate to contact me if you have any further questions.

For the Commission:
Judge Weinhaus

Amy L. Weinhaus
Administrative Judge
U.S. Equal Employment Opportunity Commission
Saint Louis District Office
Robert A. Young Federal Building
1222 Spruce Street, Room 8.100
Saint Louis, Missouri 63103
(314) 539-7944 (direct)
(314) 539-7894 (fax)


>>> AMY WEINHAUS 4/5/2017 5:59 AM >>>
Dear Ms. Brown,

The EEOC Saint Louis District Office received correspondence from you dated January 13, 2017 in which you indicate that you "would like to pursue the internal Final Agency Decision." You appear in said correspondence to have questions regarding the processing of your case if you do not proceed to hearing.

I attempted yesterday to reach you at the telephone number indicated on the correspondence (901-585-3651) to answer your questions and ascertain whether or not you are requesting a hearing or withdrawing your hearing request and instead electing to proceed with a final agency decision and appeal rights to EEOC enabling you to challenge that final agency decision if it is not favorable to you.

Please contact me at your earliest convenience.

For the Commission:
Judge Weinhaus

Amy L. Weinhaus
Administrative Judge
U.S. Equal Employment Opportunity Commission
Saint Louis District Office
Robert A. Young Federal Building
1222 Spruce Street, Room 8.100
Saint Louis, Missouri 63103
(314) 539-7944 (direct)

(314) 539-7894 (fax)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P. O. Box 77960
Washington, D.C. 20013

Jul 24, 2017

Tamara Brown
PO Box 383064
Germantown, TN 38138

Docket # : 0120172500
Filed    : 07/18/17
Agency Number(s): FSIS201600389

Dear Ms. Brown:

This Commission acknowledges receipt of the above referenced appeal on the date indicated. Any statement or brief in support of the appeal must be submitted to the Commission as well as to the agency within 30 days of filing the notice of appeal. The Commission will accept statements or briefs in support of an appeal by facsimile transmittal (Fax number 202-663-7022) provided they are no more than ten (10) pages long. You are reminded that it is your responsibility to ensure that the agency receives a copy of any material you submit to this office. You should reference the above docket number in all submissions and correspondence to the Commission.

You will be notified by first class mail as soon as a decision is reached on the appeal. You are responsible for providing the Commission with notice of any change of address. The Commission will terminate the processing of the appeal if you file a civil action, in accordance with 29 CFR 1614.409.

The Commission's appellate regulations are found in Title 29, Code Of Federal Regulations, Part 1614 and at 64 Federal Register 37644 (1999). The regulations are available on the Internet on EEOC's Home Page: WWW.EEOC.gov. You are urged to review these regulations.

If you have questions regarding the processing of the appeal, please call the EEOC, Office of Federal Operations at (202) 663-4599 and ask to speak to the Officer of the Day.

Sincerely,

*Robert J Barnhart*

Robert J. Barnhart, Director
Compliance and Control Division
Office of Federal Operations

CC:



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P. O. Box 77960
Washington, D.C. 20013

Apr 15, 2019

REQUEST FOR RECONSIDERATION

```
Tamara Brown                        Re: Brown v. Department of Agriculture
PO Box 383064                       - USDA Food Safety and Inspection
Germantown, TN 38138                Service
                                    Docket # : 2019002764
                                    Assoc #  : 0120172500
                                    Filed Date: 12/10/18
                                    Agency Number(s): FSIS201600389
```

Dear Ms. Brown:

The above request for reconsideration has been docketed and assigned the docket number listed above. Please refer to the docket number on all correspondence to this office.

The Commission, in its discretion, may grant the request if the party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the decision will have a substantial impact on the policies, practices, or operation of the agency. 29 C.F.R.1614.405(b) (1) & (2).

You were required to submit any supporting documents or brief at the time the request was filed. The opposing party shall have 20 days from the date of service in which to submit any brief or statement in opposition. Such service must be included with the submission to the Office of Federal Operations. The Commission will accept statements or briefs in opposition to a request by facsimile transmission (Fax Number 202-663-7022) provided they are no more than ten (10) pages long.

If you have questions regarding the processing of your appeal, please call the EEOC, Office of Federal Operations at (202) 663-4599 and ask to speak to the Officer of the Day.

Sincerely,

Robert J. Barnhart, Director
Compliance and Control Division
Office of Federal Operations

CC:
Department of Agriculture - USDA Food Safety and Inspection Service
1400 Independence Ave SW
Room 3312-S MS1419
Washington, DC 20250